BOWMAN AND BROOKE LLP
Paul G. Cereghini (SBN: 148016)
*Paul.Cereghini@bowmanandbrooke.com*
Marion V. Mauch (SBN: 253672)
*Marion.Mauch@bowmanandbrooke.com*
879 West 190th Street, Suite 700
Gardena, CA 90248-4227
Tel:   (310) 768-3068
Fax:   (310) 719-1019

Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. MORRIS, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>              Defendants. | CASE NO.: 3:12-CV-02077-H-KSC<br><br>(Removed from San Diego County Superior Court – Case No. 37-2012-00101172-CU-PO-CTL)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Action Filed:  July 23, 2012<br>Trial Date:    None |

/ / /
/ / /
/ / /
/ / /

1

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

The undersigned, counsel of record for RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP. identifies the following parties pursuant to CivL.R. 40.2:

1.  Defendant Easton-Bell Sports, LLC is the parent company of Defendant EB Sports Corp.

2.  Defendant EB Sports Corp. is the parent corporation of Defendant RBG Holdings Corp.

3.  Defendant RBG Holdings Corp. is the parent corporation of Defendant Easton-Bell Sports, Inc.

4.  Defendant Easton-Bell Sports, Inc. is the parent corporation of Defendant Riddell Sports Group, Inc.

5.  Defendant Riddell Sports Group, Inc. is the parent corporation of Defendants Riddell, Inc. and All American Sports Corporation.

DATED: August 27, 2012                    BOWMAN AND BROOKE LLP

                                          By:  /s/ Marion V. Mauch
                                          Paul G. Cereghini
                                          Marion V. Mauch
                                          Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 27, 2012, I filed the foregoing with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Marion V. Mauch
Marion V. Mauch